# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

**217 BROADWAY**
**SUITE 707**
**NEW YORK, NEW YORK 10007**

# MEMO ENDORSED

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

January 23, 2023

Hon. Edgardo Ramos
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The request is granted. Counsel may submit the interim CJA vouchers as described herein. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: August 14, 2023
> New York, New York

**Re: United States v. Lloyd, et al**
**23 Cr. 38 (ER)**

Dear Judge Ramos:

    I am the CJA attorney representing **Derrick Reynolds** in the above-referenced matter. I write to respectfully request permission for me and associate counsel Clara Kalhous to submit interim CJA vouchers for services performed thus far in this case. The granting of this application would assist counsel in the management of their practices.

    Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg