# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

February 20, 2024

Hon. Edgardo Ramos  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

                Re:  United States v. Reynolds, et al.  
                     23-CR-038 (ER)

Dear Judge Ramos:

    I am assigned as CJA counsel to Derrick Reynolds, a defendant in the above-captioned case. On Sunday, February 18, 2024, I received an email from Mr. Reynolds attached as Exhibit A. Mr. Reynolds states that he has no confidence in my representation and would like new counsel. I agree that new counsel might be appropriate at this juncture, considering several conversations with Mr. Reynolds, most recently in person at the MDC on Friday, February 16, 2024, in which he expressed doubt about counsel's strategy and recommendations.

    No trial date has been set for Mr. Reynolds, and a superseding indictment is pending. Appointment of new counsel at this point in the case will not seriously delay the proceedings or the interests of justice.

    Therefore, I very respectfully request that the Court relieve me and associate counsel Clara Kalhous and appoint the CJA counsel on duty to assume the representation of Mr. Reynolds.  If the Court would like counsel to appear in person on this matter, I respectfully note

that I have prior commitments in other matters this week on Wednesday morning (2/21) and Thursday afternoon (2/22).

    Thank you for your consideration of this letter and for continued courtesies to counsel.

                             Respectfully,
                             _____/s/_____
                             Richard H. Rosenberg, Esq.

Cc:    All counsel (by ECF)

---

A conference will be held on Wednesday, February 28, 2024, at 10:30 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:   2/23/2024
New York, New York