UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

DERRICK REYNOLDS,

               Defendant.
-------------------------------------------------x

**SCHEDULING ORDER**

23 Cr. 38-2 (ER)

Ramos, D.J.:

    A change of plea hearing for defendant Derrick Reynolds will be held on **January 8, 2025, at 2:30 p.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:  New York, New York
          January 3, 2025

                                              Edgardo Ramos, U.S.D.J.